# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Thomas A. Hockaday,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                       3:06-cv-354-1-MU

John Underwood, et al.,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 28, 2006 Order.

### Signed: August 29, 2006

Frank G. Johns, Clerk
United States District Court